Todd Blanche
Attorney General of the United States
Lisa Cartier-Giroux
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

John A. Eisenberg
Assistant Attorney General for National Security
Patrick J. Cashman
Ryan D. White
Trial Attorneys
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-2007

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT 07 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON HAMED ELLABOUDY<br>(a/k/a "Ashraf Hamed Ellaboudy"),<br><br>Defendant. | 4:26-CR-6038-MKD-1<br><br>INDICTMENT<br><br>18 U.S.C. § 2339B<br>Attempt to Provide Material Support to a Designated Foreign Terrorist Organization<br><br>18 U.S.C. § 981(a)(1)(C) and (G), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

Beginning on a date unknown but by on or about September 17, 2025, and continuing until on or about October 1, 2026, in the Eastern District of

Washington, the Defendant, ASHTON HAMED ELLABOUDY (a/k/a "Ashraf Hamed Ellaboudy"), did knowingly attempt to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b)(1), to wit: personnel (himself), services, and expert advice and assistance, to a foreign terrorist organization, that being Ansarallah (also known as Ansar Allah, Ansarullah, Partisans of God, Supports of God, and Houthi group), which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated terrorist organization, and knowing that the organization had engaged in and was engaging in terrorist activity and terrorism, and the Defendant, ASHTON HAMED ELLABOUDY (a/k/a "Ashraf Hamed Ellaboudy"), is a United States national, and the offense occurred in whole or in part within the United States, all in violation of 18 U.S.C. § 2339B.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

The violation of 18 U.S.C. § 2339B alleged in this Indictment was a Federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5), against the United States, citizens and residents of the United States, and their property.

The Defendant, ASHTON HAMED ELLABOUDY (a/k/a "Ashraf Hamed Ellaboudy"), was an individual engaged in planning and perpetrating a federal

crime of terrorism against the United States, citizens and residents of the United States, and their property.

Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 2339B, as set forth in this Indictment, the Defendant, ASHTON HAMED ELLABOUDY (a/k/a "Ashraf Hamed Ellaboudy"), shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation or offense and/or all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property and/or all assets, foreign or domestic, derived from, involved in, or used

///

///

///

///

///

///

///

///

///

or intended to be used in a Federal crime of terrorism against the United States, citizens, or residents of the United States, and their property.

DATED this 7 day of October 2026.

[redacted]

Todd Blanche
Attorney General

Lisa Cartier-Giroux
Assistant United States Attorney

Patrick J. Cashman
Trial Attorney

for / Ryan D. White
Trial Attorney