FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 07, 2026
SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Ashton Hamed Ellaboudy (a/k/a "Ashraf Hamed Ell **CASE NO.** 4:26-CR-6038-MKD-1

TOTAL # OF COUNTS: 1 ☑ FELONY ☐ MISDEMEANOR ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2339B | Attempt to Provide Material Support to Designated Foreign Terrorist Organization | Not more than 20 years imprisonment; a fine not to exceed $250,000; up to a life term of supervised release; and a $100 special penalty assessment |
| | 18 U.S.C. § 981(a)(1)(C) and (G), 28 U.S.C. § 2461(c) | Criminal and Terrorism Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |