FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON HAMED ELLABOUDY,<br><br>Defendant. | No. 4:26-CR-06038-MKD-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO DELAY DISCOVERY DISCLOSURE<br><br>**ECF No. 36** |

Before the Court is the United States' Motion to Delay Discovery Disclosure. ECF No. 36. The United States seeks, pursuant to Fed. R. Crim. P. 16(d)(1), authorization to defer production of discovery until fourteen days after Defendant's retained counsel files a notice of appearance and signs an agreed upon protective order. *Id.* at 5. In support, the United States notes that Defendant is only "provisionally" represented by the Federal Defenders; that the United States intends to file a Section 2 Notice, pursuant to the Classified Information Procedures Act, and to request the appointment of a Classified Information Security Officer; that the United States intends to make certain evidence available

"for review by counsel after counsel obtains a one-time read in from the Federal Bureau of Investigation"; and that the United States will coordinate an agreed upon protective order "outlining the handling of certain unclassified, but sensitive discovery." *Id.* at 4. The United States "seeks to limit the number of individuals having access to the discovery and avoid instances of unnecessarily repeating the process of conduct one-time read ins and negotiate protective orders." *Id.* Given these circumstances, the Court finds good cause under Fed. R. Crim. P. 16(d)(1) to extend the time for the United States to produce discovery. The Court thus grants the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Delay Discovery Disclosure, **ECF No. 36**, is **GRANTED**. Pursuant to Fed. R. Crim. P. 16(d)(1), the deadline for the United States to produce discovery is extended to fourteen days after Defendant's retained counsel has both filed a notice of appearance and executed an agreed upon protective order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED October 26, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE