# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,
-vs-
ASHTON HAMED ELLABOUDY,
Defendant.

**Case No.** **4:26-CR-06038-MKD**
**CRIMINAL MINUTES**

**DATE:** **NOVEMBER 12, 2026**
**LOCATION:** **RICHLAND**

**STATUS HEARING**

| | **Honorable Mary K. Dimke** | |
|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Marilynn McMartin<br>**Court Reporter** |

| | |
|---|---|
| Lisa Cartier-Giroux via video<br>**Government Counsel** | Craig Webster<br>**Defense Counsel** |

**[ X ] Open Court** **[ ] Chambers** **[ ] Video Conference**

Defendant present in custody of the US Marshal.

Mr. Webster informed the Court that he believes Defendant has retained Attorney Sufia Khalid, Deputy Director, National Security Criminal Defense Center at the Muslim Legal Fund of America, and that Ms. Khalid requests this matter be continued one week, as they are attempting to secure local counsel.

Mr. Webster further indicated that he has discussed speedy trial time with the Defendant and the Defendant is willing to waive speedy trial time.

The Court suggested converting the pretrial conference on November 19th to a status hearing and striking all pending deadlines. Counsel concurred with the Court's recommendation. Ms. Cartier-Giroux requested she be allowed to appear by video, which the Court approved.

**Court Ruling**: all pending deadlines are **STRICKEN**. The pretrial conference set for **November 19, 2026**, at **12:45 p.m**. in Richland is converted to a status hearing. Mr. Webster or retained local counsel shall appear in person for the status hearing. Given the distance to travel, Ms. Khalid or any other retained attorney that does not reside locally, must also appear but may appear by video conference.

**[ ] ORDER FORTHCOMING**

| | | | |
|---|---|---|---|
| **CONVENED: 9:29 A.M.** | **ADJOURNED: 9:36 A.M.** | **TIME: 0:07 HR.** | **CALENDARED [ X ]** |