**DAVID R. PARTOVI**
PARTOVI LAW, P.S.
900 N. Maple St, Ste 102
Spokane, WA 99201
Phone (509) 270-2141
Fax (509) 326-6102
kelsey@partovilaw.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-vs-<br><br>ASHTON HAMED ELLABOUDY,<br>Defendant. | NO. 4:26-CR-006038-MKD-1<br><br>STATUS REPORT |

TO: Todd Blanche, United States Attorney General,
Lisa Cartier-Giroux, Assistant United States Attorney,
Patrick Cashman, Assistant United States Attorney,
Ryan White, Assistant United States Attorney.

Undersigned counsel David Partovi, appearing as local counsel for Defendant Ashton Ellaboudy along with *Pro Hac Vice* attorney Sufia M. Khalid, provide the following as a status report to the Court as directed.

The parties have conferred by telephone regarding the volume of discovery, nature of expected CIPA litigation and protective orders prior to discovery disclosure. A draft protective order has been disseminated and is under review. The parties anticipate that the matter will not be ready for trial for many months and are currently not in a position to suggest a

realistic trial date. The matter is currently set for trial December 14, 2026 at 9:00am. That timeline is not possible and the matter may be complex. The defense is asking the Court to strike the current trial date and set another status conference in January of 2027 so that the parties can confer on the topic of a trial date without the pressure of the current trial date twenty days away. The Court is asked to consider the number and location of lawyers on this case in support of such a request.

Local counsel will meet with the defendant on Friday, November 27, 2026 in order to inform him of the above, discuss his rights regarding time for trial and secure a waiver. If the Court is not willing to simply strike the trial date in favor of a status conference a motion to continue trial will be made as soon as practicable.

DATED this 24th day of November, 2026.

**PARTOVI LAW, P.S.**

*/s/ David R. Partovi*
DAVID R. PARTOVI, IBA #7925
Local Counsel for Defendant

s/ Sufia M. Khalid
Sufia M. Khalid
Deputy Director, Nat'l Security Crim Def Ctr
Muslim Legal Fund of America (MLFA)
100 N. Central Expy., Suite 1010
Richardson, TX 75080

(972) 914-2507
skhalid@clcma.org

CERTIFICATION

I hereby certify that on this 24th day of November, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which I will sent notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lisa Cartier-Giroux, AUSA
US Attorney's Office - SPO
920 W Riverside Suite 340
PO Box 1494
Spokane, WA 99201

**PARTOVI LAW, P.S.**

s/ *David R. Partovi*
DAVID R. PARTOVI, IBA #7925
Attorney for Defendant